**Dismissed and Opinion Filed August 20, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-15-00915-CV
_____

**NOTE ONE AUTO SALES AND JOHN M. GOSS, Appellants**
**V.**
**JOSEPH THOMAS JR., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00463**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Lang

The Court has before it appellants' August 5, 2015 motion to dismiss their appeal. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

150915F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NOTE ONE AUTO SALES AND JOHN M.
GOSS, Appellants

No. 05-15-00915-CV     V.

JOSEPH THOMAS JR., Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-00463.
Opinion delivered by Justice Lang, Justices
Bridges and Schenck participating.

    In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellee Joseph Thomas Jr. recover his costs of this appeal, if any, from appellants Note One Auto Sales and John M. Goss.

Judgment entered this 20th day of August, 2015.